IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| G.D.C.S.P, | : | |
| | : | |
| **Petitioner,** | : | |
| | : | |
| v. | : | Case No. 4:25-cv-368-CDL-CHW |
| | : | 28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, | : | |
| | : | |
| | : | |
| **Respondent.** | : | |

_____

## **ORDER**

Pending before the Court is Petitioner's application for a writ of habeas corpus. (ECF No. 1). Petitioner is a native and citizen of El Salvador, who entered the United States in 2022 without inspection, and has since resided in the United States. (ECF No. 1, p. 6, ¶¶ 17, 18; ECF No. 8-1, ¶ 3). On October 21, 2025, Petitioner entered United States Immigration and Customs Enforcement ("ICE") custody and has been detained since then. (ECF No. 8-1, ¶¶ 4, 10). Petitioner contends that she is entitled to a discretionary bond hearing under 8 U.S.C. § 1226(a). (ECF No. 1). Respondents argue that Petitioner is not entitled to a bond hearing because she is detained under 8 U.S.C. § 1225(b)(2), which mandates detention for certain aliens without an opportunity for a bond hearing. (ECF No. 8).

As Respondents concede, the issue presented in this action is identical to the issue the Court decided in *J.A.M. v. Streeval*, No. 4:25-cv-342-CDL, 2025 WL 3050094 (M.D. Ga. Nov. 1, 2025). *See* (ECF No. 8). Based on the Court's rationale in *J.A.M.*, the Court finds that Petitioner's detention is governed by 8 U.S.C. § 1226(a). The Court thus grants Petitioner's petition for a writ of habeas corpus to the extent that the Court orders Respondents to provide

Petitioner with a bond hearing to determine if Petitioner may be released on bond under § 1226(a)(2) and the applicable regulations. *See* 8 C.F.R. §§ 236.1 & 1236.1.

**IT IS SO ORDERED**, this 2nd day of December, 2025.

                                                  s/Clay D. Land
                                                  CLAY D. LAND
                                                  U.S. DISTRICT COURT JUDGE
                                                  MIDDLE DISTRICT OF GEORGIA